UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRIPLE ZERO ACCOUNTING CORPORATION,

Case No.:

Plaintiff,

VS.

THE ROBINSON CAPITAL GROUP, LLC,
and MARQUIS ROBINSON, individually,

Defendants.

_____/

## COMPLAINT

Plaintiff, TRIPLE ZERO ACCOUNTING CORPORATION ("Plaintiff"), by and through undersigned counsel, hereby sues Defendants THE ROBINSON CAPITAL GROUP, LLC ("RCG") and MARQUIS ROBINSON ("Robinson"), individually, and alleges as follows:

## INTRODUCTION

1.      This is a civil action for breach of two Bridge Loan Agreements executed between Plaintiff and Defendant RCG, which were personally guaranteed by Defendant Robinson, each obligating repayment of $72,500.00 to Plaintiff within specified terms.

2.      Defendants have failed to make required payments to Plaintiff under these bridge loan agreements, despite express contractual obligations, express notice, and repeated demands made by Plaintiff.

3.      The subject matter in controversy is within the jurisdictional limits of this Court, as Jurisdiction is based on diversity pursuant to 28 U.S.C. §1332, and the amount in controversy exceeds $75,000.00.

4.      Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District, including where Plaintiff is located, the funding of the loan, execution of the agreement by Plaintiff, and the location where Plaintiff suffered harm from Defendants' breach.

5.      Paragraph 13 of each Bridge Loan Agreements contains a choice of law clause selecting Georgia law as the governing law, however there is no choice of venue clause.

6.      Accordingly, the application of Georgia law does not divest this Court of jurisdiction or render venue improper.

7.      All conditions precedent to the filing of this action have occurred or have been waived.

8.      Plaintiff has retained the undersigned law firm to represent it in this action and has agreed and obligated itself to pay a reasonable fee for its services.

## PARTIES

9.      Plaintiff, TRIPLE ZERO ACCOUNTING CORPORATION, is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

10.     Defendant, THE ROBINSON CAPITAL GROUP, LLC, is a Georgia limited liability company with its principal place of business at 1720 Peachtree Street NW, Suite 520, Atlanta, Georgia 30309.

11.     Defendant, MARQUIS ROBINSON is a natural person residing in Cobb County, Georgia is the Authorized Member, Registered Agent, and sole member of THE ROBINSON CAPITAL GROUP, LLC.

## GENERAL ALLEGATIONS

12.     On or about October 25, 2023, Plaintiff and RCG entered into a Bridge Loan Agreement ("First Agreement") whereby Plaintiff committed $50,000.00 to RCG to help finance the acquisition of a 56-unit multifamily property located at 2640 Campbellton Rd SW, Atlanta, GA 30311. A true and correct copy of the First Agreement is attached hereto as **Exhibit A**.

13.     Under Section 1 of the First Agreement, the total amount to be repaid by RCG was $72,500.00 (including $15,000.00 in interest) (the "Total Return"), due no later than April 25, 2025.

14.     The First Agreement required quarterly interest payments, with a final lump sum of the full capital and remaining interest on or before April 25, 2025. *See* **Exhibit A**, ¶ 1.

15.     On February 15, 2024, Plaintiff received a single interest payment of $3,750.00 toward the First Agreement. A snapshot of the wire transfer receipt is attached hereto as **Exhibit B**.

16.     Plaintiff has not received any other interest or principal payments under the First Agreement, and Defendants remain in default.

17.     Under the First Agreement, Defendant Robinson personally guaranteed the Total Return of $72,500.00 to Plaintiff. The Personal Guarantee expressly states:

> o **Personal Guarantee:** Marquis Robinson, sole member of **Robinson Capital**, will personally guarantee **Total Return of $[72,500]** on/or before 04/25/2025

*See* **Exhibit A** at p. 4.

18.     The First Agreement also included collateral in the form of a $72,500.00 non-performing equity interest in Defendant RCG. *See* **Exhibit A**, p. 4.

19. The First Agreement stated that any extensions of the due date were solely at Plaintiff's discretion.

20. On March 24, 2024, a second, materially identical Bridge Loan Agreement ("Second Agreement") was executed between Defendant RCG and Plaintiff (collectively the "Agreements"). A true and correct copy of the Second Agreement is attached hereto as **Exhibit C**.

21. Pursuant to the Second Agreement, Plaintiff would make the same $50,000.00 investment with a $72,500.00 repayment obligation, due no later than August 28, 2025. *See* **Exhibit C**, p. 3.

22. The Second Agreement also contained identical provisions to the First Agreement regarding quarterly payments, interest, collateral, and a personal guaranty from Robinson. *Id.*

23. To date, Plaintiff has not received any interest or principal payments under the Second Agreement. In light of this conduct, and Defendants' failure to respond to Plaintiff's repeated demands, an anticipatory breach is evident under the Second Agreement.

24. Plaintiff issued a formal demand to Defendants for repayment under the First Agreement via email on June 6, 2025. Defendants failed to respond to Plaintiff or cure the breach. A copy of Plaintiff's June 6, 2025 correspondence is attached here to as **Exhibit D**.

25. Defendants have failed (and continue to fail) to communicate or provide any lawful justification for the breaches under the Agreements.

26.     As a result of Defendants' contractual breaches, Plaintiff has suffered substantial damages, including but not limited to the unpaid principal balances, contractual interest, and other related costs.

**COUNT I – BREACH OF CONTRACT**
(GEORGIA LAW – AS TO FIRST AGREEMENT)

27.     Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

28.     Plaintiff and Defendant RCG entered into the First Agreement on October 25, 2023. The October 25, 2023 Bridge Loan Agreement is a valid and enforceable contract governed by Georgia law. *See* **Exhibit A**, ¶ 13.

29.     Plaintiff fully performed its obligations under the Agreement by wiring $50,000.00 to Defendant RCG.

30.     Defendant RCG breached the Agreement by failing to make the required quarterly payments to Plaintiff and failing to repay $72,500.00 by April 25, 2025.

31.     As a direct and proximate result of Defendant RCG's breach, Plaintiff has been damaged in the amount of $68,750.00 (representing the $72,500.00 contractual repayment obligation less the $3,750.00 payment received by Plaintiff on February 15, 2024), plus contractual interest, fees, and costs.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. to prevent unjust enrichment and ensure fair and just resolution of this matter.

## COUNT II – BREACH OF CONTRACT
### (GEORGIA LAW – AS TO SECOND AGREEMENT)

32.     Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

33.     Plaintiff and Defendant RCG entered into the Second Agreement on or about March 24, 2024. The March 24, 2024, Bridge Loan Agreement is valid and enforceable and governed by Georgia law. *See* **Exhibit C**, ¶ 13.

34.     Plaintiff again fully performed its contractual obligations under the Second Agreement and wired $50,000.00 to Defendant RCG.

35.     Defendant RCG breached the Agreement by failing to make the required quarterly and interest payments to Plaintiff.

36.     Based on Defendants' conduct, including failure to make timely (and required) interest and quarterly payments under the Agreements, and failure to respond to Plaintiff's multiple demands, Defendant RCG has clearly and unequivocally repudiated its obligations under the Second Agreement.

37.     Plaintiff is entitled to damages for anticipatory breach of the Second Agreement in the amount of $72,500.00 plus interest and fees.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. to prevent unjust enrichment and ensure fair and just resolution of this matter.

<u>**COUNT III - BREACH OF PERSONAL GUARANTEE**</u>
<u>**UNDER FIRST AGREEMENT**</u>
(GEORGIA LAW) (AGAINST MARQUIS ROBINSON, INDIVIDUALLY)

38.     Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

39.     On or about October 25, 2023, Defendant Robinson executed a personal guarantee in favor of Plaintiff under the First Agreement.

40.     Defendant Robinson personally guaranteed the total return of $72,500.00 under the First Agreement.

41.     The Personal Guarantee expressly states:

> o **Personal Guarantee:** Marquis Robinson, sole member of **Robinson Capital**, will personally guarantee **Total Return of $[72,500]** on/or before 04/25/2025

*See* **Exhibit A** at p. 4.

42.     Defendant Robinson was at all relevant times in control of RCG. Defendant Robinson has breached the Personal Guarantee by failing to perform under his personal guarantee under the Agreements by failing to ensure repayment upon the loan maturity date.

43.     As a direct and proximate result of Defendant Robinson's breach of the Personal Guarantee under the First Agreement, Plaintiff has been damaged in the amount of $68,750.00.

44.     Plaintiff has been damaged by Defendant Robinson's breach of the Personal Guarantee, including but not limited to, the loss of the Total Return (less the $3,750.00 interest payment received on February 15, 2024) due under the First Agreement, applicable interest, and attorneys' fees and costs incurred in enforcing its rights under the First Agreement.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and

MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. In addition, Plaintiff requests restitution and equitable relief as necessary

## COUNT IV – ANTICIPATORY BREACH OF PERSONAL GUARANTEE UNDER THE FIRST AGREEMENT
(GEORGIA LAW) (AGAINST MARQUIS ROBINSON, INDIVIDUALLY)

45.     Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

46.     On or about March 24, 2024, Defendant Robinson executed a personal guarantee in favor of Plaintiff under the First Agreement.

47.     Defendant Robinson personally guaranteed the total return of $72,500.00 under the Second Agreement.

48.     The Personal Guarantee expressly states:

o **Personal Guarantee:** Marquis Robinson, sole member of **Robinson Capital**, will personally guarantee **Total Return of $[72,500]** on or before 09/28/2025

*See* **Exhibit C**, at p. 4.

49.     To date, no payments have been received under the Second Agreement as required, and Plaintiff's numerous attempts to contact Defendant Robinson have been unsuccessful.

50.     Defendant Robinson's actions demonstrate he has no intention of honoring the personal guarantee following Defendant RCG's default under the Second Agreement for failing to

make timely quarterly and interest payments to Plaintiff and constitute as a breach of the Personal Guarantee.

51. As a direct and proximate result of Defendant Robinson's breach of the Personal Guarantee under the Second Agreement, Plaintiff has been damaged in the amount of $72,500.00.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. In addition, Plaintiff requests restitution and equitable relief as necessary to prevent unjust enrichment and ensure fair and just resolution of this matter.

**COUNT V – UNJUST ENRICHMENT**
(AGAINST ALL DEFENDANTS)

52. Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

53. Plaintiff conferred a benefit upon Defendants under the Agreements in the form of providing loans to the business serviced by, operated by, owned and/or leased by the Defendants.

54. Defendants were fully aware of the benefit conferred by Plaintiff and accepted and retained those benefits under the Agreements without rendering full repayment to Plaintiff in return.

55. Plaintiff did not provide the funding under both Agreements, and Defendants have knowledge of this fact.

56.     Accordingly, the circumstances are such that it would be inequitable for the Defendants to retain the benefit without paying the value thereof to Plaintiff.

57.     Moreover, Plaintiff incurred attorneys' fees and costs in the pursuit of this debt.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. In addition, Plaintiff requests restitution and equitable relief as necessary to prevent unjust enrichment and ensure fair and just resolution of this matter.

**COUNT V – PROMISSORY ESTOPPEL**
(AGAINST ALL DEFENDANTS)

58.     Plaintiff re-alleges and incorporates paragraphs 1 through 26 as if fully set forth herein.

59.     Plaintiff loaned $100,000.00 to Defendants under the Agreements.

60.     Defendants made clear and unambiguous promises to repay Plaintiff $145,000.00 under the Agreements[1].

61.     Plaintiff reasonably and foreseeably relied on Defendants' promises in loaning the $100,000.00 under the Agreements.

62.     Plaintiff has suffered damages due to its reliance upon Defendants' promises and Defendants' failure to repay according to the terms of the Agreements.

63.     Plaintiff thus seeks equitable enforcement of the promises and restitution.

---

[1] Less the $3,750.00 payment received by Plaintiff on February 15, 2024.

64.     Plaintiff has suffered damages as a result of Defendants' actions in the total amount of $141,250.00 (combined personal guarantees under the Agreements less the $3,750.00 payment received by Plaintiff on February 15, 2024), plus interest and costs.

**WHEREFORE**, the Plaintiff TRIPLE ZERO ACCOUNTING CORPORATION, demands a judgment against the Defendants, ROBINSON CAPITAL GROUP, LLC and MARQUIS T. ROBINSON, for damages in an amount of no less than ONE HUNDRED FORTY-ONE THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND 00/100 ($141,250.00), pre-judgment interest and attorneys' fees and costs, and for all other equitable relief this Court deems appropriate under these circumstances. In addition, Plaintiff requests restitution and equitable relief as necessary to prevent unjust enrichment and ensure fair and just resolution of this matter.

Respectfully submitted,

AJ LAW FIRM, P.A.
Attorney for Petitioner
300 2ND STREET
SUITE 600
FORT LAUDERDALE, FL 33301
Telephone: (954) 448-4371

By: _____
AMBER J. MANNINGS, ESQ
Florida Bar No. 1038566
Email: info@ajlawfirmpa.com
        admin@ajlawfirmpa.com

# EXHIBIT A



# [Bridge Loan / Investment]Agreement

Strictly Private and Confidential

COMPANY NAME ("DBA")

2

1720 Peachtree St NW, Suite 520 • Atlanta, GA 30309 • Tel: 229-251-3728 • **marquis@therobinsoncapitalgroup.com**

2



Adding value to communities one building at a time

Private & Confidential October, 2023

### BRIDGE LOAN AGREEMENT

**THIS BRIDGE LOAN AGREEMENT ("Agreement") dated 25th day of October, 2023**

**BETWEEN**

**[Triple Zero Accounting Corporation ]**

(the "Lender")

**- AND -**

**The Robinson Capital Group, LLC**

of 1720 Peachtree Street NW, Suite 520, Atlanta, Georgia 30309

(the "Borrower").

**BACKGROUND:**

    A. The Lender is of the opinion that the Borrower has the necessary qualifications, experience, and abilities to invest upon the behalf of the Lender.

    B. The Borrower is agreeable to providing such investment services to the Lender on the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Lender and the Borrower (individually the "Party" and collectively the

"Parties" to this Agreement) agree as follows:

**Investment**

1. The Lender hereby agrees to engage the Borrower to invest per the following:

o **Committed Capital:** The Lender will commit **$[50,000]** to the Borrower to be used as a Bridge Loan to cover [**$1,200,000**] and acquire [56]-Unit property at ("**2640 Campbellton Rd SW, Atlanta, GA 30311"**).

o **Return of Capital:** Lender will receive **$[50,000 ]** (**100%** of Committed Capital) + **$[15,000 ]** (**30%** Interest) for a Total Return of **$[72,500]** within [**18 ]** months.

**Robinson Capital Group** will pay a [**$3,750]** of the interest only to the Lender (**Triple Zero Accounting Corporation** ) on February 9th, 2024 as a Q1 **preferred return.**

**Robinson Capital Group** will pay a [**$3,750]** of the interest only to the Lender (**Triple Zero Accounting Corporation** ) on May 10th, 2024 as a Q2 **preferred return.**

**Robinson Capital Group** will pay a [**$3,750]** of the interest only to the Lender (**Triple Zero Accounting Corporation** ) on August 9th, 2024 as a Q3 **preferred return.**

**Robinson Capital Group** will pay a [**$3,750]** interest only payment to the Lender ( **Triple Zero Accounting Corporation** ) on December 6th, 2024 as a Q4 **preferred return.**

**Robinson Capital Group** will pay a [**$7,500]** interest only payment to the Lender ( **Triple Zero Accounting Corporation** ) on February 7th, 2025 as a Q1 **preferred return.**

Lender (**Triple Zero Accounting Corporation** ) will receive 100% of Capital (**$50,000**) + any remaining interest on or before April 25th, 2025 for a total of [**$72,500.]**

o **Term:** 60 Days on/or before **April 25th, 2025**, extensions are given at the sole discretion of [ **Triple Zero Accounting Corporation ].**

3



**ROBINSON**
CAPITAL GROUP

Adding value to communities one building at a time Private & Confidential October 18th, 2023

> o **Exit and Option Clause (See Exhibit A):** [Robinson Capital] intends to receive a cash-out refinance its 56-unit Multifamily Asset at:

> **2640 Campbellton Rd SW, Atlanta, GA 30311**

4

> o to return capital. In the event, Robinson Capital does not close the refinance, Robinson Capital will cash-out refinance other investment properties to Return Lender Capital. In the event Robinson Capital is unable to cash-out refinance any of these properties, (1) RC will sell one of its current properties or (2) RC will sell or liquidate personal assets to provide Lender with **$[72,500] Total Return**.

> o **Collateral (See Exhibit A):** Borrower will collateralize $[72,500_] **Total Return** with an equivalent **$[72,500] Non-Performing Equity Interest** in Robinson Capital Group, LLC until full Return of Capital at end of Term.

> o **Personal Guarantee:** Marquis Robinson, sole member of **Robinson Capital**, will personally guarantee **Total Return of $[72,500]** on/or before 04/25/2025

> o **Information Rights:** Robinson Capital agrees to provide any readily accessible information to the Lender upon request, not limited to contracts, lender documents, refinance term sheets, settlement statements and performance updates.

> o **General Understanding:** Both Parties have the understanding that property is being acquired at severe discounts and this is an opportunity in which the Borrower is able to acquire the property below the fair market value.

## Term of Agreement

2. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect until the completion of the Services. The Term of this Agreement may be extended by mutual written agreement of the Parties.

## Performance & Currency

3. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).

## Experience & Agreement to Assist

4



**ROBINSON**
CAPITAL GROUP

*Adding value to communities one building at a time* Private & Confidential October 25th, 2023

4. Given Robinson Capital's real estate experience & current purchase, optimize, manage and cash-out refinance strategy, Robinson Capital agrees to assist Lender with future financing approvals, contract negotiation and commercial real estate best-practices.

## Option to Partner on Future Deals

5

5. In working in good faith & upon initial investment from Lender, Robinson Capital will allow access and grant the option to Lender to participate in additional pre-negotiated Robinson Capital deals in the future at no premium cost or penalty.

## Confidentiality

6. Confidential information (the "Confidential Information") refers to any data or information relating to the Lender or Borrower, whether business or personal, which would reasonably be considered to be private or proprietary to the Lender and that is not generally known and where the release of that Confidential Information could reasonably be expected to cause harm to the Lender. The Lender and Borrower agrees that they will **not** disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the either party has obtained, except as authorized by both parties. All written, oral and material information disclosed or provided by the Borrower to the Lender under this Agreement is Confidential Information.

## Ownership of Materials and Intellectual Property

7. All intellectual property and related material (the "Intellectual Property") including any related work in progress that is developed or produced under this Agreement, will be the sole property of the Borrower. The Lender may **not** use the Intellectual Property for any purpose other than that contracted for in this Agreement except with the written consent of the Borrower. The Lender will be responsible for any and all damages resulting from the unauthorized use of the Intellectual Property.

## Capacity/Independent Investment

8. In providing the Investment Services under this Agreement it is expressly agreed that the Borrower is acting as an independent contractor and not as an employee. The Borrower and the Lender acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service

5

**ROBINSON**
CAPITAL GROUP

Adding value to communities one building at a time Private & Confidential October 25th, , 2023

### Notice

9. All notices, requests or other communications required by the terms of this Agreement will be given in writing and delivered to the Parties of this Agreement as follows:

    a. Lender: **(Triple Zero Accounting Corporation)**

      Address *10321 SW 232 ST Cutler Bay, FL 33190*

6

      Phone: *786/663-4220 / 305- 749-0501*
      Email: *Dago@comfortif.com*

    b. Investor: Marquis Robinson – Robinson Capital Group, LLC
      1720 Peachtree Street NW, Suite 520, Atlanta, Georgia, 30309
      Phone: (229)-251-3728
      Email: marquis@therobinsoncapitalgroup.com

    c. or to such other address as any Party may from time to time notify the other.

### Limitation of Liability

10. It is understood and agreed that the Borrower will not be liable to the Lender, or any agent or associate of the Lender, for any mistake or error in judgment done in good faith and believed to be within the scope of authority implied by this Agreement.

### Modification of Agreement

11. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

### Assignment

12. The Borrower will not voluntarily or by operation of law assign or transfer its obligations under this Agreement without the prior written consent of the Lender.

**ROBINSON**

Adding value to communities one building at a time Private & Confidential October 18th, 2023

**Governing Law**

13. It is the intention of the Parties to this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed by the Laws of the State of Georgia, without regard to the jurisdiction in which any action or special proceeding may be instituted.

**IN WITNESS WHEREOF** the Parties have affixed their signatures on this [18th] day of

7

[October] [2023]

By: _M.Re_____

Name: Marquis Robinson, Sole Member
Entity: Robinson Capital Group, LLC
Title: Borrower
Date: 10/25/2023

Accepted and agreed to by

By: _MGR_____
Name: **Triple Zero Accounting Corporation**

Title: Lender
Date: 10/25/2023

# EXHIBIT B

**CHASE** ◆ *for* BUSINESS®

## Transaction details

BUS COMPLETE CHK (...2153)

**$3,750.00**
Incoming wire transfer

📅 Feb 15, 2024
Posted date

BUS COMPLETE CHK (...2153)
Account name

3443794046ES
Transaction ID

POSTED
Status

CHASUS33
SWIFT/FED/CHIP ID

### Beneficiary information

Account  ....2153

Name  TRIPLE ZERO ACCOUNTING CORP.

Address  10321 SW 232ND ST CUTLER BAY FL 33190-1996 US

### Bank information

Related references  BOH OF 24/02/15

Bank references number  BOH OF 24/02/15

### Additional information

Additional information  Q1 INVESTOR PAYMENT FROM ROBINSON C APITAL
GROUP

For transaction details, please refer to the periodic statement for the official record of this transaction.

JPMorgan Chase Bank, N.A. Member FDIC                    ©2025 JPMorgan Chase & Co                    Equal Opportunity Lender

# EXHIBIT C



# [Bridge Loan / Investment]Agreement

Strictly Private and Confidential

COMPANY NAME ("DBA")

2

1720 Peachtree St NW, Suite 520 • Atlanta, GA 30309 • Tel: 229-251-3728 • **marquis@therobinsoncapitalgroup.com**

2



Private & Confidential October, 2023

**BRIDGE LOAN AGREEMENT**

**THIS BRIDGE LOAN AGREEMENT ("Agreement") dated 24th day of March, 2024**

[Triple Zero Accounting Corporation ]

(the "Lender")

## - AND -

### The Robinson Capital Group, LLC

of 1720 Peachtree Street NW, Suite 520, Atlanta, Georgia 30309

(the "Borrower").

## BACKGROUND:

A. The Lender is of the opinion that the Borrower has the necessary qualifications, experience, and abilities to invest upon the behalf of the Lender

B. The Borrower is agreeable to providing such investment services to the Lender on the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Lender and the Borrower (individually the "Party" and collectively the 3

"Parties" to this Agreement) agree as follows:

### Investment

1. The Lender hereby agrees to engage the Borrower to invest per the following:

o **Committed Capital:** The Lender will commit $[50,000] to the Borrower to be used as a Bridge Loan to cover [$8,900,000] and acquire [84]-Unit property at ("1350 Mayson Turner Rd NW, Atlanta, GA 30314").

o **Return of Capital:** Lender will receive $[50,000 ] (100% of Committed Capital) + $[22,500 ] (30% Interest) for a Total Return of $[72,500] within [18 ] months.

**Robinson Capital Group** will pay a [$3,750] of the interest only to the Lender (Triple Zero Accounting Corporation ) on June 14th, 2024 as a Q3 **preferred return.**

**Robinson Capital Group** will pay a [$3,750] of the interest only to the Lender (Triple Zero Accounting Corporation ) on September 13th, 2024 as a Q3 **preferred return.**

**Robinson Capital Group** will pay a [$3,750] of the interest only to the Lender (Triple Zero Accounting Corporation ) on December 13th. 2024 as a Q4 **preferred return.**

**Robinson Capital Group** will pay a [$3,750] interest only payment to the Lender (

**Robinson Capital Group** will pay a [**$7,500**] interest only payment to the Lender ( Triple Zero Accounting Corporation ) on June 11th, 2025 as a Q3 **preferred return.**

**Robinson Capital Group** will pay a [**$50,000**] interest only payment to the Lender ( Triple Zero Accounting Corporation ) on August 28th, 2025 as a Q2 **preferred return.**

Lender (**Triple Zero Accounting Corporation** ) will receive 100% of Capital (**$50,000**) + (**$22,500**) **30% interest** on or before August 28th, 2025 for a total of [**$72,500.**]

o **Term:** 60 Days on/or before **August 28th, 2025**. extensions are given at the sole discretion of [ **Triple Zero Accounting Corporation** ].

3



ROBINSON

Adding value to communities one building at a tim Private & Confidential October 18th, 2023 o **Exit and Option Clause (See Exhibit A):** [Robinson Capital] intends to receive a cash-out refinance its 84-unit Multifamily Asset at:

1350 Mayson Turner Rd NW, Atlanta, GA 30314

4

o to return capital. In the event, Robinson Capital does not close the refinance, Robinson Capital will cash-out refinance other investment properties to Return Lender Capital. In the event Robinson Capital is unable to cash-out refinance any of these properties, (1) RC will sell one of its current properties or (2) RC will sell or liquidate personal assets to provide Lender with $[**72,500**] **Total Return**.

o **Collateral (See Exhibit A):** Borrower will collateralize **$[72,500_] Total Return** with an equivalent **$[72,500] Non-Performing Equity Interest** in Robinson Capital Group, LLC until full Return of Capital at end of Term.

o **Personal Guarantee:** Marquis Robinson, sole member of **Robinson Capital**, will personally guarantee **Total Return of $[72,500]** on/or before 09/28/2025

o **Information Rights:** Robinson Capital agrees to provide any readily accessible

DocuSign Envelope ID: D88A5585-437A-4030-8D66-013C35839E0B

request, not limited to Borrowers, lender documents, refinance term sheets, settlement statements and performance updates.

   o **General Understanding:** Both Parties have the understanding that property is being acquired at severe discounts and this is an opportunity in which the Borrower is able to acquire the property below the fair market value.

## Term of Agreement

2. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect until the completion of the Services. The Term of this Agreement may be extended by mutual written agreement of the Parties.

## Performance & Currency

3. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in USD (US Dollars).

## Experience & Agreement to Assist

4



Adding value to communities one building at a time Private & Confidential October 25th, 2023 4. Given Robinson Capital's real estate experience & current purchase, optimize, manage and cash-out refinance strategy, Robinson Capital agrees to assist Lender with future financing approvals, contract negotiation and commercial real estate best-practices.

## Option to Partner on Future Deals

5

5. In working in good faith & upon initial investment from Lender, Robinson Capital will allow access and grant the option to Lender to participate in additional pre-negotiated Robinson Capital deals in the future at no premium cost or penalty.

## Confidentiality

6. Confidential information (the "Confidential Information") refers to any data or information relating to the Lender or Borrower, whether business or personal, which would reasonably be considered to be private or proprietary to the Lender and that is not generally known and where the release of that Confidential Information could reasonably be expected to cause harm to the Lender. The Lender and Borrower agrees that they will **not** disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the either party has obtained, except as authorized by both parties. All written, oral and

provided by the Borrower to the Lender under this Agreement is Confidential Information.

## Ownership of Materials and Intellectual Property

7. All intellectual property and related material (the "Intellectual Property") including any related work in progress that is developed or produced under this Agreement, will be the sole property of the Borrower. The Lender may **not** use the Intellectual Property for any purpose other than that contracted for in this Agreement except with the written consent of the Borrower. The Lender will be responsible for any and all damages resulting from the unauthorized use of the Intellectual Property.

## Capacity/Independent Investment

8. In providing the Investment Services under this Agreement it is expressly agreed that the Borrower is acting as an independent contractor and not as an employee. The Borrower and the Lender acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service

5



ROBINSON

Adding value to communities one building at a time Private & Confidential October 25th, , 2023 **Notice**

9. All notices, requests or other communications required by the terms of this Agreement will be given in writing and delivered to the Parties of this Agreement as follows:

   a. Lender: **(Triple Zero Accounting Corporation)**
      Address

6

      Phone:
      Email:

   b. Investor: Marquis Robinson – Robinson Capital Group, LLC
      1720 Peachtree Street NW, Suite 520, Atlanta, Georgia, 30309
      Phone: (229)-251-3728
      Email: marquis@therobinsoncapitalgroup.com

   c. or to such other address as any Party may from time to time notify the other.
   **Limitation of Liability**

10. It is understood and agreed that the Borrower will not be liable to the Lender, or any agent or associate of the Lender, for any mistake or error in judgment done in good faith

authority implied by this Agreement.

### Modification of Agreement

11. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

### Assignment

12. The Borrower will not voluntarily or by operation of law assign or transfer its obligations under this Agreement without the prior written consent of the Lender.



6 Adding value to communities one building at a time Private & Confidential October 18th, 2023

### Governing Law

13. It is the intention of the Parties to this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed by the Laws of the State of Georgia, without regard to the jurisdiction in which any action or special proceeding may be instituted.

**IN WITNESS WHEREOF** the Parties have affixed their signatures on this [24th] day of

[March] [2024]

By: _____ *Marquis Robinson*
Name: Marquis Robinson, Sole Member
Entity: Robinson Capital Group, LLC
Title: Borrower
Date: 03/24/2023

Accepted and agreed to by

By: _____
Name: Triple Zero Accounting Corporation

Title: Lender
Date: 03/24/2023

# EXHIBIT D

Date: Fri, Jun 6, 2025 at 8:57 PM
Subject: Fwd: Robinson Capital Group Investor Agreement for review
To: Marquis Robinson <marquis@therobinsoncapitalgroup.com>,

Dear Marquis,

I hope this message finds you well. I've made several attempts to reach you regarding the payout scheduled for **April 25, 2025**, under our agreement related to the $50,000 investment made with Robinson Capital. As of today, **the agreed-upon amount of $72,500 remains unpaid**, and I have not received any communication or update from your end. (Agreement attached.)

Per our agreement, you were obligated to return the initial portion of the bridge loan by **April 25, 2025**. During our last conversation, you assured me the funds would be available no later than **May 31, 2025**.

For the record, I want to be absolutely clear in writing: **I did not—and do not—authorize any extension beyond May 31, 2025**. That date has now passed without fulfillment or follow-up.

As you know, the investment was made with full trust, in part due to your personal guarantee and Robinson Capital's stated commitment to timely performance. Given the nature of this agreement—and the fact that additional funds remain invested for a later disbursement—it is extremely important that we resolve this matter swiftly and professionally.

I've copied my legal counsel here to ensure proper documentation of all communications moving forward. This is not a legal action but rather a formal step to emphasize the importance of this matter.

I ask that you kindly confirm **receipt of this email** and the deposit of **$72,500** by **Tuesday 06/10/2025.**

I remain hopeful we can resolve this directly and continue our engagement in good faith, but I am prepared to take all necessary steps to protect my interests if no response is received.

I appreciate your immediate attention to this matter.

**Wire Details:**

Bank: Chase

Recipient Name: Triple Zero Accounting Corp.

Att: Dagoberto Cruz

ABA: 267084131

Account #: **373722153**

**Respectfully**,

Dagoberto Cruz

786-663-4228